**FILED**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAR 5 2008 JH
MAR 5, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JOYCE DERBY, )
) **08cv1335**
Plaintiff, ) **Judge Lefkow**
)
v. ) **Mag. Judge Valdez**
)
DELTA AIRLINES, )
)
Defendant. )

## NOTICE OF REMOVAL

The Defendant, DELTA AIR LINES, INC. ("Delta Air Lines"), by and through its attorneys, Donald G. Machalinski, of MERLO, KANOFSKY BRINKMEIER & GREGG, LTD., and pursuant to 28 U.S.C. § 1441 et. seq. and 28 U.S.C. §1332, removes Case No. 2008 L 001100 entitled *Joyce Derby v. Delta Airlines*, now pending in the Circuit Court of Cook County, Illinois, County Department, Law Division, and in support thereof states as follows:

### PLEADINGS

1. On January 31, 2008, the Plaintiff, Joyce Derby ("Derby"), filed Case No. 2008 L 001100, entitled *Joyce Derby v. Delta Airlines*, in the Circuit Court of Cook County, Illinois, County Department, Law Division (hereinafter the "Derby Case"), alleging solely against Delta Air Lines that she sustained personal injuries as the result of a slip and fall accident which occurred at a Delta Air Lines cargo facility located 10,000 West O'Hare, Chicago, Cook County, Illinois on April 5, 2006 with an ad damnum seeking in excess of $75,000. (See attached Complaint, Exhibit A).

2. On February 12, 2008, Delta Air Lines was served with the Summons and Complaint.

1

## DIVERSITY JURISDICTION

3.  Delta Air Lines, removes the Derby Case on the basis that federal jurisdiction is proper in this case on the grounds of diversity, pursuant to 28 U.S.C. §1332(a)(1).

4.  Derby is, at all relevant times hereto, a citizen and resident of the State of Illinois.

5.  Delta Air Lines is a Delaware corporation with its principal place of business in Atlanta, Georgia, and is a citizen and a resident of Georgia.

6.  Thirty days have not elapsed since the Delta Air Lines' receipt of a paper on February 12, 2008 from which it may first be ascertained that the case is one which is or has become removable, and therefore, the requirements of 28 U.S.C. Section 1446(b) have been met.

7.  Delta Air Lines believes in good faith that the amount in controversy exceeds $75,000.

WHEREFORE, the Defendant, DELTA AIR LINES, INC., removes Case No. 2008 L 001100 entitled *Joyce Derby v. Delta Airlines*, now pending in the Circuit Court of Cook County, Illinois, County Department, Law Division, to the United States District Court for the Northern District of Illinois Eastern Division and/or for any other order this Court deems just.

DELTA AIR LINES, INC.

By: *s/ Donald G. Machalinski*
Donald G. Machalinski
MERLO KANOFSKY BRINKMEIER & GREGG Ltd.

Attorneys for the Defendant,
DELTA AIR LINES, INC.
Donald G. Machalinski
Amelia K. Christensen
MERLO KANOFSKY BRINKMEIER & GREGG Ltd.
208 South LaSalle Street, Suite 950
Chicago, Illinois 60604
(312) 553-5500

J:\users\!Files\Open Files\0194.12243\Pleadings\Notice of Removal Derby II.doc

# EXHIBIT A

STATE OF ILLINOIS )
) ss
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - LAW DIVISION

| | |
|---|---|
| JOYCE DERBY, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No. |
| | ) |
| DELTA AIRLINES, a foreign corporation, | ) |
| | ) |
| Defendant. | ) |

2008L001100
CALENDAR/ROOM H
TIME 00:00
Premises Liability

## COMPLAINT AT LAW

Plaintiff, JOYCE DERBY, by her attorneys, FINA & HUNER, complains of the Defendant, DELTA AIRLINES, a foreign corporation; as follows:

1. Plaintiff, JOYCE DERBY, is a resident of the Village of Plainfield, Illinois.

2. Defendant, DELTA AIRLINES, is a foreign corporation, operating in and under the laws of the State of Illinois, in the business of a common carrier of persons and cargo by airline, within the County of Cook and State of Illinois, as well as other States within the United States and other Countries.

3. On or about April 5, 2006, plaintiff, JOYCE DERBY, was a pedestrian exiting the Delta Cargo facility located at 10,000 W. O'Hare, Chicago, County of Cook, Illinois ("subject premises"), specifically, stepping down off the concrete stoop in front of the Delta Cargo facility onto the asphalt parking lot.

4. At that time and place, plaintiff was legally and lawfully in and upon the subject premises.

5. Among the passages, areaways and appurtenances of the subject premises was a certain stoop located adjacent to and in front of the parking lot to be used by visitors to the subject premises.

6. On or about April 5, 2006, and for some time prior and subsequent thereto, the Defendant, DELTA CARGO, either owned, operated, managed, maintained, or controlled, or contracted to own, operate, manage, maintain, or control the subject premises.

7. It then and there became and was the duty of the Defendant, DELTA CARGO, individually and by and through its agents, servants and employees in its behalf, to exercise ordinary and reasonable care in and about the ownership, operation, management, maintenance and control of said premises and the passages, areaways and appurtenances thereof and thereat, so that same would be in a good, safe and proper condition for persons legally and lawfully in and upon said premises to be, use, occupy and walk upon, and so as not to cause harm and injury to such persons.

8. In violation of its duty, the Defendant, DELTA CARGO, individually and by and through its agents, servants and employees in its behalf improperly owned, operated, managed, maintained and controlled said premises, and more particularly allowed and permitted the front stoop and parking to remain unsafe, dangerous and hazardous.

9. As the Plaintiff, JOYCE DERBY, was legally and lawfully in and upon on the subject premises, walking off the front stoop onto the adjacent parking lot, and due to the negligent acts and/or omissions on the part of the Defendant, DELTA CARGO, individually and by and through its agents, servants and employees in its behalf, the Plaintiff, was caused to fall with great force and violence, thereby severely and seriously injuring herself.

10. Prior to and at the time and place aforesaid, the Defendant, DELTA CARGO, individually and by and through its agents, servants and employees in its behalf, acted or failed to act in one or more of the following ways, amounting to careless and negligent conduct:

(a) Improperly operated, managed, maintained and controlled its premises and the passages, areaways and appurtenances thereof and thereat, so that as a direct result thereof, the plaintiff was injured.

(b) Failed to provide a good, safe and proper place for the plaintiff to occupy and walk upon while in and about its property.

(c) Failed to properly maintain its property;

(d) Failed to have a good, safe and proper means of ingress and egress to and from its property.

(e) Failed to properly supervise the activities of its agents, servants and employees.

(f) Failed to fix, repair, mend and/or remedy its property, when it knew, or should have known that the same was in the use and need thereof.

(g) Failed to inspect its property to be certain it was in a good, safe and proper condition, and to remedy the dangerous and defective conditions which they knew or should have known of, to the injury of the Plaintiff.

(h) Failed to warn the plaintiff and others of the existence of the dangerous and hazardous conditions of its property.

(i) Caused and/or permitted dangerous conditions to exist on its property, namely an uneven and excessively high stoop and an uneven parking lot.

3

11. As a direct and proximate result of one or more of the aforesaid negligent acts and/or omissions on the part of the Defendant, individually and by and through its agents, servants and employees in its behalf, the Plaintiff, JOYCE DERBY, suffered and will, in the future, suffer injuries of a personal, permanent and pecuniary nature.

WHEREFORE, the Plaintiff, JOYCE DERBY, prays for judgment against the Defendant, DELTA CARGO, a foreign corporation, in a sum in excess of SEVENTY FIVE THOUSAND DOLLARS ($75,000.00), plus her costs in bringing this action.

FINA & HUNER

By: _____

PAUL J. FINA
FINA & HUNER
I.D. # 38625
Attorneys for Plaintiff
940 W. Adams Street
Suite 300
Chicago, Illinois 60607
(312) 733-4455

4

STATE OF ILLINOIS )
) ss
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - LAW DIVISION

| | |
|---|---|
| JOYCE DERBY, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No. |
| | ) |
| DELTA AIRLINES, a foreign corporation, | ) |
| | ) |
| Defendant. | ) |

### AFFIDAVIT IN COMPLIANCE WITH RULE 222

The undersigned affiant, Paul J. Fina, pursuant to Rule 222 of the Illinois Supreme Court, states as follows:

1. Affiant is over the age of majority, is licensed to practice law in the State of Illinois and is the attorney for the plaintiff in this matter.

2. The total amount of damages sought by the plaintiff in this matter exceed $75,000.00.

3. This affidavit is made under penalties of perjury pursuant to Section 1-109 of the Illinois Code of Civil Procedure.

FURTHER AFFIANT SAYETH NAUGHT

Paul J. Fina

FINA & HUNER
I.D. # 38625
Attorneys for Plaintiff
940 W. Adams Street - Suite 300
Chicago, Illinois 60607
(312) 733-4455

5