**FILED**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAR 5 2008 JH
MAR 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| JOYCE DERBY, | ) | |
| | ) | |
| Plaintiff, | ) | **08cv1335** |
| | ) | |
| v. | ) | **Judge Lefkow** |
| | ) | |
| DELTA AIRLINES, | ) | **Mag. Judge Valdez** |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING NOTICE OF REMOVAL, APPEARANCE AND CIVIL COVER SHEET

TO:   Paul J. Fina, Fina & Hunter, 940 West Adams Street, Ste. 300, Chicago, Illinois 60607

PLEASE TAKE NOTICE that on March 5, 2008, we have filed with the Clerk of the United States District Court for the Northern District of Illinois, the Defendant's, DELTA AIR LINES, INC.'S, Notice of Removal, Appearance, Civil Cover Sheet, copies of which are attached hereto.

Respectfully submitted,

MERLO KANOFSKY BRINKMEIER & GREGG Ltd.

By:   *s/ Donald G. Machalinski*
Donald G. Machalinski

Attorneys for the Defendant,
DELTA AIR LINES, INC.
Donald G. Machalinski
Amelia K. Christensen
MERLO KANOFSKY BRINKMEIER & GREGG Ltd.
208 South LaSalle Street, Suite 950
Chicago, Illinois 60604
(312) 553-5500

1

## CERTIFICATE OF SERVICE

I certify that on March 5, 2008, the foregoing Defendant's, Notice of Removal, Appearance, and Civil Cover Sheet, were filed electronically with the Court. The attached documents were served on the parties as addressed herein, by enclosing a copy of same in an envelope, sealed, postage prepaid, and depositing same in United States Mail Chute at 208 South LaSalle Street, Chicago, Illinois, 60604 on March 5, 2008.

                                                    MERLO KANOFSKY BRINKMEIER & GREGG Ltd.

By: *s/ Donald G. Machalinski*
        Donald G. Machalinski

Attorneys for the Defendant,
DELTA AIR LINES, INC.
Donald G. Machalinski
Amelia K. Christensen
MERLO KANOFSKY BRINKMEIER & GREGG Ltd.
208 South LaSalle Street, Suite 950
Chicago, Illinois 60604
(312) 553-5500

J:\users\!Files\Open Files\0194.12243\Pleadings\NoticeFiling.Removal.Federal Derby.doc

2