UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOYCE DERBY, | ) |
|        Plaintiff, | ) |
| v. | )   08 cv 1335 |
| DELTA AIRLINES, | ) |
|        Defendant. | ) |

## NOTICE OF FILING OF
## ANSWER AND AFFIRMATIVE DEFENSES

TO:   Paul J. Fina, Fina & Huner, 940 West Adams Street, Ste. 300, Chicago, Illinois 60607

PLEASE TAKE NOTICE that on March 11, 2008, we have filed with the Clerk of the United States District Court for the Northern District of Illinois, the Defendant's, DELTA AIR LINES, INC.'S, Answer and Affirmative Defenses to Plaintiff's Complaint at Law, a copy of which is attached hereto.

                                      Respectfully submitted,

                                      MERLO KANOFSKY BRINKMEIER & GREGG Ltd.

                        By:   *s/ Donald G. Machalinski*
                               Donald G. Machalinski

Attorneys for the Defendant,
DELTA AIR LINES, INC.
Donald G. Machalinski
Amelia K. Christensen
MERLO KANOFSKY BRINKMEIER & GREGG Ltd.
208 South LaSalle Street, Suite 950
Chicago, Illinois  60604
(312) 553-5500

## CERTIFICATE OF SERVICE

I certify that on March 11, 2008, the foregoing Defendant's Answer and Affirmative Defenses, was filed electronically with the Court. The attached document was served on the parties as addressed herein, by enclosing a copy of same in an envelope, sealed, postage prepaid, and depositing same in United States Mail Chute at 208 South LaSalle Street, Chicago, Illinois, 60604 on March 11, 2008.

MERLO KANOFSKY BRINKMEIER & GREGG Ltd.

By: s/ Donald G. Machalinski
Donald G. Machalinski

Attorneys for the Defendant,
DELTA AIR LINES, INC.
Donald G. Machalinski
Amelia K. Christensen
MERLO KANOFSKY BRINKMEIER & GREGG Ltd.
208 South LaSalle Street, Suite 950
Chicago, Illinois  60604
(312) 553-5500

N:\users\!Files\Open Files\0194.12243\Pleadings\NoticeFiling.Answer.doc

2