UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
3-25-2008
MAR 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| JOYCE DERBY | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 08 CV 1335 ) |
| DELTA AIRLINES | ) ) |
| Defendant. | ) |

### MOTION TO REMAND

Plaintiff, JOYCE DERBY, by her attorneys, FINA & HUNER, moves this court for an order remanding this cause to the state court, and in support thereof, states as follows:

1. On March 5, 2008, Defendant, DELTA AIRLINES, filed a petition for removal of this action from the Circuit Court of Cook County, Illinois.

2. In its petition for removal, the defendant stated that this action was removable to this court based upon diversity of citizenship.

3. Pursuant of 28 USC Sec. 1446, this removal petition must take place no later that 30 days after the defendant is served with the initial pleading if it can be determined that the remedy sought exceedS $75,000.00.

4. On February 1, 2008, a copy of the applicable summons and complaint was served upon the defendant. (*See,* Affidavit of Process Server attached hereto as Exhibit A.

5. The applicable complaint seeks money damages in excess of $75,.000.00 (*See,* Exhibit B.)

6. Sunday March 2, 2008, is the 30th day after February 1, 2008, making the last date for the filing of defendant's removal petition, March 3, 2008.

WHEREFORE, plaintiff, JOYCE DERBY, requests that this court enter an order remanding that cause of the Circuit Court of Cook County, Illinois.

FINA & HUNER

By: _____

FINA & HUNER
PAUL J. FINA
ARDC # 06197563
940 W. Adams Street
Suite 300
Chicago, Illinois 60607
(312) 733-4455

EXHIBIT A

## AFFIDAVIT OF PROCESS SERVER

STATE OF **Illinois**      CASE NUMBER **08 L 1100**

COUNTY OF _____      JUDICIAL CIRCUIT _____

**Joyce Derby**                    **Delta Airlines**
[plaintiff/petitioner]        vs        [defendant/respondent]

I **Philip B Cravens**, depose and say that:

**SERVICE:** I served **Delta Airlines**

With the **Summons / Complaint**

By serving **Holly Blankenship - Receptionist**
[relationship/title]

**DESCRIPTION:** RACE/ **W**     GENDER/ **F**     APPROX.AGE/ **20's**
ADDRESS: **801 Stevenson     Springfield, IL**
AT [ ] HOME
   [X] BUSINESS     ON **02-01-08**  AT **323 pm**

**MANNER OF SERVICE:**
[ ] By personally delivering copies to the person to be served.
[X] By leaving copies with the registered agent, officer, or agent of the corporation, or partnership found in the state.
[ ] By leaving copies at the usual place of abode of the person being served, with a person 13 years or upward, and informing that person of the contents thereof and further sending a copy in a sealed envelope with postage fully prepaid, addressed to the individual defendant at his usual place of abode. [Date copy mailed_____]
[ ] By posting copies in a conspicuous manner to the address of the person/entity served.

**NON-SERVICE:** After due search, careful inquiry and diligent attempts at the address listed above, I have been unable to effect process upon the person/entity being served because of the following reasons:
[ ] Unknown at address
[ ] Moved, left no forwarding
[ ] Service cancelled by litigant
[ ] Evading
[ ] Address does not exist
[ ] Return date expired

SERVER SIGNATURE: *Philip B Cravens*

Subscribed and sworn before me, a notary public, this **5th** day of **Feb** 20**08**

"OFFICIAL SEAL"
NOTARY PUBLIC STATE OF ILLINOIS

STATE OF ILLINOIS        )
                         ) ss
COUNTY OF C O OK         )

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT - LAW DIVISION

| | |
|---|---|
| JOYCE DERBY, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No. |
| | ) |
| DELTA AIRLINES, a foreign corporation, | ) |
| | ) |
| Defendant. | ) |

2008L001100
CALENDAR/ROOM H
TIME 00:00
Premises Liability

## COMPLAINT AT LAW

Plaintiff, JOYCE DERBY, by her attorneys, FINA & HUNER, complains of the Defendant, DELTA AIRLINES, a foreign corporation; as follows:

1. Plaintiff, JOYCE DERBY, is a resident of the Village of Plainfield, Illinois.

2. Defendant, DELTA AIRLINES, is a foreign corporation, operating in and under the laws of the State of Illinois, in the business of a common carrier of persons and cargo by airline, within the County of Cook and State of Illinois, as well as other States within the United States and other Countries.

3. On or about April 5, 2006, plaintiff, JOYCE DERBY, was a pedestrian exiting the Delta Cargo facility located at 10,000 W. O'Hare, Chicago, County of Cook, Illinois ("subject premises"), specifically, stepping down off the concrete stoop in front of the Delta Cargo facility onto the asphalt parking lot.

4. At that time and place, plaintiff was legally and lawfully in and upon the subject premises.

5. Among the passages, areaways and appurtenances of the subject premises was a certain stoop located adjacent to and in front of the parking lot to be used by visitors to the subject premises.

6. On or about April 5, 2006, and for some time prior and subsequent thereto, the Defendant, DELTA CARGO, either owned, operated, managed, maintained, or controlled, or contracted to own, operate, manage, maintain, or control the subject premises.

7. It then and there became and was the duty of the Defendant, DELTA CARGO, individually and by and through its agents, servants and employees in its behalf, to exercise ordinary and reasonable care in and about the ownership, operation, management, maintenance and control of said premises and the passages, areaways and appurtenances thereof and thereat, so that same would be in a good, safe and proper condition for persons legally and lawfully in and upon said premises to be, use, occupy and walk upon, and so as not to cause harm and injury to such persons.

8. In violation of its duty, the Defendant, DELTA CARGO, individually and by and through its agents, servants and employees in its behalf improperly owned, operated, managed, maintained and controlled said premises, and more particularly allowed and permitted the front stoop and parking to remain unsafe, dangerous and hazardous.

9. As the Plaintiff, JOYCE DERBY, was legally and lawfully in and upon on the subject premises, walking off the front stoop onto the adjacent parking lot, and due to the negligent acts and/or omissions on the part of the Defendant, DELTA CARGO, individually and by and through its agents, servants and employees in its behalf, the Plaintiff, was caused to fall with great force and violence, thereby severely and seriously injuring herself.

10.      Prior to and at the time and place aforesaid, the Defendant, DELTA CARGO, individually and by and through its agents, servants and employees in its behalf, acted or failed to act in one or more of the following ways, amounting to careless and negligent conduct:

(a) Improperly operated, managed, maintained and controlled its premises and the passages, areaways and appurtenances thereof and thereat, so that as a direct result thereof, the plaintiff was injured.

(b) Failed to provide a good, safe and proper place for the plaintiff to occupy and walk upon while in and about its property.

(c) Failed to properly maintain its property;

(d) Failed to have a good, safe and proper means of ingress and egress to and from its property.

(e) Failed to properly supervise the activities of its agents, servants and employees.

(f) Failed to fix, repair, mend and/or remedy its property, when it knew, or should have known that the same was in the use and need thereof.

(g) Failed to inspect its property to be certain it was in a good, safe and proper condition, and to remedy the dangerous and defective conditions which they knew or should have known of, to the injury of the Plaintiff.

(h) Failed to warn the plaintiff and others of the existence of the dangerous and hazardous conditions of its property.

(i) Caused and/or permitted dangerous conditions to exist on its property, namely an uneven and excessively high stoop and an uneven parking lot.

11. As a direct and proximate result of one or more of the aforesaid negligent acts and/or omissions on the part of the Defendant, individually and by and through its agents, servants and employees in its behalf, the Plaintiff, JOYCE DERBY, suffered and will, in the future, suffer injuries of a personal, permanent and pecuniary nature.

WHEREFORE, the Plaintiff, JOYCE DERBY, prays for judgment against the Defendant, DELTA CARGO, a foreign corporation, in a sum in excess of SEVENTY FIVE THOUSAND DOLLARS ($75,000.00), plus her costs in bringing this action.

FINA & HUNER

By: _____

PAUL J. FINA
FINA & HUNER
I.D. # 38625
Attorneys for Plaintiff
940 W. Adams Street
Suite 300
Chicago, Illinois 60607
(312) 733-4455

STATE OF ILLINOIS )
) ss
COUNTY OF C O OK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - LAW DIVISION

JOYCE DERBY, )
)
    Plaintiff, )
vs. ) No.
)
DELTA AIRLINES, a foreign corporation, )
)
    Defendant. )

### AFFIDAVIT IN COMPLIANCE WITH RULE 222

The undersigned affiant, Paul J. Fina, pursuant to Rule 222 of the Illinois Supreme Court, states as follows:

1. Affiant is over the age of majority, is licensed to practice law in the State of Illinois and is the attorney for the plaintiff in this matter.

2. The total amount of damages sought by the plaintiff in this matter exceed $75,000.00.

3. This affidavit is made under penalties of perjury pursuant to Section 1-109 of the Illinois Code of Civil Procedure.

FURTHER AFFIANT SAYETH NAUGHT

                                                                     Paul J. Fina

FINA & HUNER
I.D. # 38625
Attorneys for Plaintiff
940 W Adams Street - Suite 300
Chicago, Illinois 60607
(312) 733-4455

5