*MHN*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**F I L E D**
3-25-2008
MAR 2 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| **JOYCE DERBY** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 08 CV 1335** |
| | ) | |
| **DELTA AIRLINES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF MOTION**

TO:   Donald G. Machalinski
      Merlo Kanofsky Brinkmeier & Gregg, Ltd.
      208 S. LaSalle Street, Suite 950
      Chicago, IL 60604

On the 3ʳᵈ day of April, 2008 at 9²⁰ A.M./P.M., or as soon thereafter as Counsel may be heard, I shall appear in Room 1956 before the Honorable Judge Joan Humphrey Lefkow or any Judge sitting in her stead in the courtroom usually occupied by her of the United States District Court, Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present the attached **MOTION TO REMAND**.

**PROOF OF SERVICE**

I, the undersigned attorney, on oath, under penalty of perjury, deposes and states that I served the foregoing Notice and the Motion referenced herein upon each party named in this Notice of Motion at the address listed, by placing copies of same in a sealed envelope and mailing same to the above listed address at or about the hour of 5:00 P.M. on the 25ᵗʰ day of March, 2008.

By: _____
                                 Attorney for Plaintiff

**FINA & HUNER**
Attorneys for Plaintiff
940 W. Adams Street, Suite 300
Chicago, Illinois 60607
(312) 733-4455