UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Joyce Derby
       Plaintiff,

v.               Case No.: 1:08−cv−01335
                Honorable Joan H. Lefkow

Delta Airlines
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 3, 2008:

  MINUTE entry before Judge Honorable Joan H. Lefkow:Motion hearing held on 4/3/2008 regarding plaintiff's motion to remand [9]. Response due by 4/17/2008; reply due by 4/24/2008; hearing and ruling set for 5/8/2008 at 09:30 AM. Status hearing of 4/29/2008 stricken and reset to 5/8/2008 at 9:30 a.m.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.