UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOYCE DERBY,    Plaintiff, | )<br>)<br>) |
| v. | ) 08 cv 1335<br>) |
| DELTA AIR LINES, INC.,    Defendant. | )<br>)<br>) |

### AFFIDAVIT OF DAVID A. SEILER -DELTA AIR LINES, INC.

I, David A. Seiler, depose and state that I am an adult person over the age of twenty-one years, that I have read this Affidavit, that the facts contained herein are true and correct, that I have personal knowledge of said facts, that I am competent to testify to said facts and would so testify if called as a witness at the time of trial:

1. I have worked for Delta Air Lines, Inc. for 3 ½ years and currently hold the position of Senior Attorney.

2. In this capacity and because of my employment with Delta Air Lines, Inc., I have acquired knowledge of Delta Air Lines, Inc. corporate formation and registered agents.

3. Delta Air Lines, Inc. is a Delaware corporation with its principal place of business in Atlanta, Georgia. Delta Air Lines, Inc.'s registered agent in Illinois is Corporation Service Company ("CSC"), 801 Stevenson, Springfield, Illinois.

4. The information contained in the Illinois Secretary of State's Corporation *File Detail Report* regarding Delta Air Lines, Inc.'s corporate name and registered agent in Illinois is correct. (See *File Detail Report*, attached hereto as Exhibit I).

5. On February 4, 2008, CSC sent a *Return of Service of Process* letter to Derby's attorney, which provided in part:

> The service of process received from you is being returned. We cannot receive this service as registered agent due to the reason(s) listed below.
> Because two different companies can have very similar names, the names of the company for whom service is directed MUST BE IDENTICAL to the company name on file with the Secretary of State, or other appropriate state agency.
> (See *Return of Service Of Process letter*, attached as Exhibit II).

## SIGNATURE PAGE

Date: _APRIL 14_____, 2008.

_____/s/ David Seiler_____
David A. Seiler
Delta Air Lines, Inc.

On _April 14_____, 2008, before me personally appeared, David A. Seiler, to me known to be the person named herein and who executed the foregoing Affidavit and who acknowledged to me that she voluntarily executed the same.

SUBSCRIBED & SWORN to before me
on _April 14_____, 2008.

_/s/ Nekia J. Fowler_____
NOTARY PUBLIC

[Notary Seal: NEKIA T. FOWLER, NOTARY PUBLIC, GEORGIA, DEKALB COUNTY, EXPIRES JUNE 23, 2009]

J:\users\!Files\Open Files\0194.12243\Motions\AFFIDAVIT OF SEILER.doc



## CORPORATION FILE DETAIL REPORT

| Entity Name | DELTA AIR LINES, INC. | File Number | 19894045 |
|---|---|---|---|
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 05/10/1967 | State | DELAWARE |
| Agent Name | ILLINOIS CORPORATION SERVICE C | Agent Change Date | 10/31/2003 |
| Agent Street Address | 801 ADLAI STEVENSON DRIVE | President Name & Address | GERALD GRINSTEIN 1030 DELTA BLVD ATLANTA GA 30354 |
| Agent City | SPRINGFIELD | Secretary Name & Address | NANCI SLOAN SAME |
| Agent Zip | 62703 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2008 |

**Return to the Search Screen**        | Purchase Certificate of Good Standing |
(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE





**CORPORATION SERVICE COMPANY**

TVW
Transmittal Number: 5575804

# Return of Service of Process

**Return to Sender Information:**

Paul J. Fina
Fina & Huner
940 W. W. Adams Street-Suite 300
Chicago, IL 60607

| | |
|---|---|
| **Date:** | 02/04/2008 |
| **Entity:** | Delta Airlines |
| **Title of Action:** | Joyce Derby vs. Delta Airlines |
| **Court:** | Cook Circuit Court, Illinois |
| **Case Number:** | 2008L001100 |

Service of Process has been received from you on behalf of one of the defendants named in the above action.

The service of process received from you is being returned. We cannot receive this service as registered agent due to the reason(s) listed below.

Because two different companies can have very similar names, the name of the company for whom service is directed MUST BE IDENTICAL to the company name on file with the Secretary of State, or other appropriate state agency.

Our client records are confidential. We do not release any information on our clients, agent representation or service received. We suggest you contact the Secretary of State, or other appropriate agency, for more information.

2711 Centerville Road   Wilmington, DE 19808
(888) 690-2882   |   sop@cscinfo.com



EXHIBIT
II