UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOYCE DERBY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 cv 1335 |
| | ) | |
| DELTA AIR LINES, INC., | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF STACEY OLIPHANT - DELTA AIR LINES, INC.**

I, Stacey Oliphant, depose and state that I am an adult person over the age of twenty-one years, that I have read this Affidavit, that the facts contained herein are true and correct, that I have personal knowledge of said facts, that I am competent to testify to said facts and would so testify if called as a witness at the time of trial:

1. I have worked for Delta Air Lines, Inc. for 17 years and currently hold the position of Administrative Assistant to Corporate Director – Law Department, at 1030 Delta Boulevard, Atlanta, Georgia 30320.

2. In this capacity, I accept service of summons on behalf of Delta Air Lines, Inc.

3. On February 12, 2008, I on behalf of Delta Air Lines, Inc. was personally served with the Plaintiff, Joyce Derby's Complaint and Summons at 1020 Delta Boulevard, Atlanta, Georgia 30320.

## SIGNATURE PAGE

Date: April 14, 2008.

_____
Stacey Oliphant
Delta Air Lines, Inc.

On April 14, 2008, before me personally appeared, Stacey Oliphant, to me known to be the person named herein and who executed the foregoing Affidavit and who acknowledged to me that she voluntarily executed the same.

SUBSCRIBED & SWORN to before me
on April 14, 2008.

_____
NOTARY PUBLIC

Notary Public, Cobb County, Georgia
My Commission Expires August 16, 2008

J:\users\!Files\Open Files\0194.12243\Motions\AFFIDAVIT OF OLIPHANT.doc