UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOYCE DERBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 08 cv 1335 |
| | ) |
| DELTA AIR LINES, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF FILING RESPONSE TO MOTIONS TO REMAND**

TO:   Attorney for the Plaintiff,
<u>JOYCE DERBY</u>
Paul J. Fina,
Fina & Huner
940 West Adams Street, Suite 300
Chicago, Illinois 60607

   PLEASE TAKE NOTICE that on April 16, 2008, we have filed with the Clerk of the United States District Court for the Northern District of Illinois, the Defendant's, Delta Air Lines, Inc.'s Response to Motion to Remand, a copy of which is attached hereto.

                    Respectfully submitted,

                    MERLO KANOFSKY BRINKMEIER & GREGG Ltd.


               By:   *s/ Donald G. Machalinski*
                    Donald G. Machalinski

Attorneys for the Defendant,
DELTA AIR LINES, INC.
Donald G. Machalinski
MERLO KANOFSKY BRINKMEIER & GREGG Ltd.
208 South LaSalle Street, Suite 950
Chicago, Illinois  60604
(312) 553-5500 – telephone
(312) 553-1586 – facsimile

## CERTIFICATE OF SERVICE

      I certify that on April 16, 2008, the Defendant, DELTA AIR LINES, INC.'s Notice of Filing and Response to Motion to Remand were filed electronically with the Court.  Notice of this filing will be accomplished pursuant to ECF as to Filing Users and shall comply with Local Rule 5.5 as to any party who is not a Filing User or represented by a Filing User.  Parties may access this filing through the Court's system.

                                        MERLO KANOFSKY BRINKMEIER & GREGG Ltd.


                        By:    *s/ Donald G. Machalinski*
                                  Donald G. Machalinski

Attorneys for the Defendant,
DELTA AIR LINES, INC.
Donald G. Machalinski
MERLO KANOFSKY BRINKMEIER & GREGG Ltd.
208 South LaSalle Street, Suite 950
Chicago, Illinois  60604
(312) 553-5500 – telephone
(312) 553-1586 – facsimile

J:\users\!Files\Open Files\0194.12243\Motions\NoticeFiling.ResponseMotionRemand.doc