Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1335 | **DATE** | 5/6/2008 |
| **CASE TITLE** | Joyce Derby vs. Delta Airlines | | |

**DOCKET ENTRY TEXT**

Enter Order. Plaintiff's motion to remand [9] is granted. The Clerk is directed to remand this case to the Circuit Court of Cook County. Ruling date and status hearing of 5/8/2008 are stricken. Civil Case Terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|